Flatbush Chiropractic, P.C. v Omni Indem. Co. (2022 NY Slip Op 50140(U))

[*1]

Flatbush Chiropractic, P.C. v Omni Indem. Co.

2022 NY Slip Op 50140(U) [74 Misc 3d 131(A)]

Decided on February 18, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 18, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, DONNA-MARIE E. GOLIA,
JJ

2018-1214 K C

Flatbush Chiropractic, P.C., as Assignee of
Gederson Gedeon, Respondent,
against
Omni Indemnity Company, Appellant. 

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered May 10, 2018. The order, insofar as appealed from, denied defendant's
motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from so much of an order of the Civil Court as denied defendant's motion which had
sought summary judgment dismissing the complaint on the ground, among others, that the action
was barred by the statute of limitations.
For the reasons stated in Vincent Med. Servs., P.C., as Assignee of Gederson Gedeon v
Omni Indem. Co. (___ Misc 3d ___, 2022 NY Slip Op ___ [appeal No. 2018-1277 K C],
decided herewith), the order, insofar as appealed from, is reversed and defendant's motion for
summary judgment dismissing the complaint is granted.
ALIOTTA, P.J., and GOLIA, J., concur.
ELLIOT, J., taking no part.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 18, 2022